DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**DAVID YUNG KIM,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D2023-2254

[April 18, 2024]

Appeal from the County Court for the Fifteenth Judicial Circuit, Palm Beach County; Marni Bryson, Judge; L.T. Case No. 50-2023-MM-002683-BXXX-MB.

David Yung Kim, West Palm Beach, pro se.

Ashley Moody, Attorney General, Tallahassee, and Luke R. Napodano, Senior Assistant Attorney General, West Palm Beach, for appellee.

PER CURIAM.

*Affirmed.*

MAY, LEVINE and CONNER, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***